UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO TALAVERA,<br><br>   Plaintiff,<br><br>   vs.<br><br>D. STEBBINS, et al.,<br><br>   Defendants. | 1:20-cv-00580-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL (ECF No. 9.)**<br><br>**ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO PROSECUTE**<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE** |

    Fernando Talavera ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 10, 2020, findings and recommendations were entered, recommending that this action be dismissed for Plaintiff's failure to prosecute. (ECF No. 9.)  Plaintiff was granted twenty (20) days in which to file objections to the findings and recommendations.  The twenty-

day time period has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 10, 2020, are adopted in full;
2. This action is dismissed, without prejudice, for Plaintiff's failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 8, 2020

SENIOR DISTRICT JUDGE

---

[1] The Order was served on Plaintiff at his address of record at California State Prison-Sacramento in Represa, California. (Court Record.) On May 14, 2020, Plaintiff filed a notice of change of address to 47254 Diane Street, Indio, California 92201. (ECF No. 8.) On May 14, 2020, the court re-served the court's May 4, 2020 Order on Plaintiff at the new address. (Court Record.) On May 19, 2020, the United States Postal Service returned the Order as undeliverable. (Court Docket.) A notation on the envelope indicated "Undeliverable, Paroled." (Id.) Plaintiff has not notified the court of any current change in his address. Absent such notice service at a party's prior address is fully effective. Local Rule 182(f).

The Clerk's Notice Reassigning Case, issued on May 8, 2020 and served on Plaintiff at California State Prison-Sacramento in Represa, California, was also re-served on Plaintiff at his address in Indio, California, on May 14, 2020, and returned to the Court by the United States Postal Service on May 19, 2020, as "Undeliverable, Paroled." (Court Record.)